<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

TRAVIS COX, *et al.*,

                Plaintiffs,

v.

AIRGAS USA, LLC, *et al.*,

                Defendants.

Civil Action No. 25-15925 (SDW) (LDW)

**ORDER**

April 8, 2026

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated February 26, 2026 by Magistrate Judge Leda D. Wettre (D.E. 20 ("R&R")) recommending denying Plaintiffs' motion to remand (D.E. 8) and dismissing the action for lack of subject matter jurisdiction. This Court having reviewed the reasons set forth in the R&R by Judge Wettre as well as the parties' submissions[1],

    **IT IS** on this 8th day of April 2026,

    **ORDERED** that the R&R of Judge Wettre is **ADOPTED** as the conclusion of law of this Court;

    **ORDERED** that Plaintiffs' motion to remand is **DENIED**; and it is further

    **ORDERED** that the matter is **DISMISSED** for lack of subject matter jurisdiction.

    **SO ORDERED.**

---

[1] The parties did not file objections to the R&R.

_/s/ Susan D. Wigenton_
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Leda D. Wettre, U.S.M.J.